RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *JOEL KENNETH AUSBIE*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | |
| v. ) | CASE NO: 2:16-CR-00155-JCM-CWH |
| ) | |
| JOEL KENNETH AUSBIE, ) | |
| ) | |
| Defendant-Appellant ) | |
| ) | |

**STIPULATION AND [            ORDER] TO CONTINUE SENTENCING DATE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **LISA CARTIER-GIROUX**, United States Attorney, counsel for the United States of America, and **RICHARD A. SCHONFELD, ESQ.**, counsel for Defendant, **JOEL KENNETH AUSBIE**, that the Sentencing date in the above-captioned matter, currently scheduled for October 18, 2017, at 10:00 a.m., be vacated and continued to the 29th day of November, 2017 or a time thereafter convenient to this Honorable Court, but no longer than 45 days from October 18, 2017.

This stipulation is entered into for the following reasons:

1. The undersigned counsel recently substituted in on the case;

2. The PSI was disclosed on September 6, 2017, which would necessitate objections being lodged in short course;

3. That counsel for the Defendant needs time to prepare for the sentencing;

4. AUSA Lisa Cartier-Giroux has agreed to this request; and.

5. The Defendant is in custody and doesn't object to the continuance.

**DATED** this 18th day of September, 2017.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **LISA CARTIER-GIROUX, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South | Nevada Bar No. 6815 |
| Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Joel Kenneth Ausbie |

## ORDER

**IT IS THEREFORE ORDERED** that the Sentencing hearing currently scheduled for October 18, 2017, at the hour of 10:00 a.m., be vacated and continued to the **29th day of November, 2017 at 10:00 a.m.**

**DATED** September 21, 2017.

**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted:

/s/
**RICHARD A. SCHONFELD, ESQ.**
Attorney for Defendant, Joel Kenneth Ausbie