STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00155-JCM-CWH |
| Plaintiff, | STIPULATION TO CONTINUE RESPONSE DEADLINE |
| vs. | (First Request) |
| JOEL KENNETH AUSBIE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with DAVID CHESNOFF, ESQ. and RICHARD SCHONFELD, ESQ., counsel for defendant JOEL KENNETH AUSBIE, that the Government shall have to and including December 18, 2017, within which to file its response to Defendant's *Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33* (ECF No. 138) currently due December 4, 2017.

1

This is the first request to continue the response deadline.

DATED this 28th day of November 2017.

STEVEN W. MYHRE,
Acting United States Attorney
By: /s/ Lisa C. Cartier Giroux
LISA C. CARTIER GIROUX
Assistant United States Attorney

By: /s/ Richard Schonfeld
RICHARD SCHONFELD, ESQ.
Counsel for Joel Kenneth Ausbie

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00155-JCM-CWH |
| Plaintiff, | |
| vs. | ORDER |
| JOEL KENNETH AUSBIE, | |
| Defendant. | |

**ORDER**

**IT IS HEREBY ORDERED** that the Government shall have to and including Dec. 18, 2017_____, within which to file its response to Defendant's *Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33* (ECF No. 138).

DATED December 4, 2017.

_____
THE HONORABLE JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE