DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *JOEL KENNETH AUSBIE*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | |
| v. ) | CASE NO: 2:16-CR-00155-JCM-CWH |
| ) | |
| JOEL KENNETH AUSBIE, ) | |
| ) | |
| Defendant-Appellant ) | |
| _____ ) | |

## STIPULATION AND [ORDER] TO CONTINUE TIME TO RESPOND TO GOVERNMENT'S MOTIONS FOR TURNOVER AND APPLICATION OF SEIZED FUNDS TO RESTITUTION (ECF 173 and 174)

**IT IS HEREBY STIPULATED AND AGREED**, by and between **MARK WOOLF, ESQ.** Assistant United States Attorney, counsel for the United States of America, and **RICHARD A. SCHONFELD, ESQ.**, counsel for Defendant, **JOEL KENNETH AUSBIE**, that Defendant Ausbie shall have up to and including July 11, 2018, within which to file any response to the government's Motions for Turnover and Application of Seized Funds to Restitution (ECF 173 and 174), currently due on May 24, 2018 and May 25, 2018, respectively.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties herein that the government shall have up to and including, July 25, 2018, within which to file any and all replies to said motions.

This stipulation is entered into for the following reasons:

1. Defendant Ausbie is currently in the custody of the Federal Bureau of Prisons in the State of California and undersigned counsel need additional time to consult with Defendant regarding the Government's Motions for Turnover and Application of Seized Funds to Restitution (ECF 173 and 174);

2. The government has no objection to this request.

**DATED** this 24th day of May, 2018.

| | |
|---|---|
| **DAYLE ELIESON** | **CHESNOFF & SCHONFELD** |
| **United States Attorney** | |
| /s/ | /s/ |
| **MARK WOOLF, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South | Nevada Bar No. 6815 |
| Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Joel Kenneth Ausbie |

DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *JOEL KENNETH AUSBIE*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
\* \* \* \*

UNITED STATES OF AMERICA )
)
    Plaintiff-Appellee )
)
v. )    CASE NO: 2:16-CR-00155-JCM-CWH
)
JOEL KENNETH AUSBIE, )
)
    Defendant-Appellant )
_____ )

## [PROPOSED] ORDER

Based on the foregoing stipulation of the parties and with good cause appearing, **IT IS THEREFORE ORDERED** that Defendant Ausbie shall have up to and including July 11, 2018, within which to file any responses to the Government's Motions for Turnover and Application of Seized Funds to Restitution (ECF 173 and 174), currently due on May 24, 2018 and May 25, 2018, respectively.

///

///

**IT IS FURTHER ORDERED** that the government shall have up to and including, July 25, 2018, within which to file any and all replies to said motions.

**DATED** May 25, 2018.

_____
JAMES C. MAHAN
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted:

/s/
_____
**RICHARD A. SCHONFELD, ESQ.**
Attorney for Defendant, Joel Kenneth Ausbie