DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *JOEL KENNETH AUSBIE*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff-Appellee | |
| v. | CASE NO: 2:16-CR-00155-JCM-CWH |
| JOEL KENNETH AUSBIE, | |
| Defendant-Appellant | |

**STIPULATION AND ORDER, TO CONTINUE TIME TO RESPOND TO GOVERNMENT'S MOTIONS FOR TURNOVER AND APPLICATION OF SEIZED FUNDS TO RESTITUTION (ECF 174)**

**(SECOND REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between **MARK WOOLF, ESQ.** Assistant United States Attorney, counsel for the United States of America, and **DAVID Z. CHESNOFF, ESQ., RICHARD A. SCHONFELD, ESQ.,** and **ROBERT Z. DEMARCO, ESQ.,** counsel for Defendant, **JOEL KENNETH AUSBIE**, that Defendant Ausbie shall have up to and including July 25, 2018, within which to file any response to the government's Motions for Turnover and Application of Seized Funds to Restitution (ECF 174), currently due on July 11, 2018.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties herein that the government shall have up to and including, August 8, 2018, within which to file any and all replies to said motions.

This stipulation is entered into for the following reasons:

1. The parties are discussing a potential resolution, and anticipate resolving the instant Motion.

**DATED** this 11th day of July, 2018.

| | |
|---|---|
| **DAYLE ELIESON** | **CHESNOFF & SCHONFELD** |
| **United States Attorney** | |
| /s/ | /s/ |
| **MARK WOOLF, AUSA** | **ROBERT Z. DEMARCO, ESQ.** |
| 501 Las Vegas Blvd. South | Nevada Bar No. 12359 |
| Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Joel Kenneth Ausbie |

DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *JOEL KENNETH AUSBIE*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff-Appellee ) | |
| ) | CASE NO: 2:16-CR-00155-JCM-CWH |
| v. ) | |
| ) | |
| JOEL KENNETH AUSBIE, ) | |
| ) | |
| Defendant-Appellant ) | |

## ORDER

Based on the foregoing stipulation of the parties and with good cause appearing, **IT IS THEREFORE ORDERED** that Defendant Ausbie shall have up to and including July 25, 2018, within which to file any response to the government's Motions for Turnover and Application of Seized Funds to Restitution (ECF 174), currently due on July 11, 2018.

**IT IS FURTHER ORDERED** that the government shall have up to and including, August 8, 2018, within which to file any and all replies to said motions.

**DATED** July 12, 2018.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted:

/s/
_____
**ROBERT Z. DEMARCO, ESQ.**
Attorney for Defendant, Joel Kenneth Ausbie