**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| United States of America, | ) | Case No. 2:16-cr-00155-JCM-CWH |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| Joel Kenneth Ausbie, | ) | |
| Defendant. | ) | |

This matter came before the Court on the Government's Motion for Distribution and Application of Funds to Restitution. The Court has reviewed the motion and docket in this matter and find good cause for the relief requested. Accordingly,

**IT IS HEREBY ORDERED** that the $19,594 seized from Ausbie at or near the time of his arrest, which funds have been deposited with the Clerk of Court, shall be disbursed by the Clerk of Court in accordance with 18 U.S.C. § 3612(c) with priority distribution to the individual victims J.S. and D.S. before any non-individual victims pursuant to 18 U.S.C. § 3664(i).

Dated September 11, 2019.


James C. Mahan
United States District Judge