# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-155 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| JOEL KENNETH AUSBIE, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Ausbie*, case no. 2:16-cr-00155-JCM-CWH-1. Joel Kenneth Ausbie ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 253). The court has examined the motion, which alleges relief due to ineffective assistance of counsel. *Id.*

The United States of America ("respondent") shall file a response within 21 days from the date of this order. Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 253) no later than 21 days from the date of this order. Petitioner may file a reply within 14 days.

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-01094-JCM.

DATED June 24, 2020.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**