DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, *JOEL KENNETH AUSBIE*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff, v. JOEL KENNETH AUSBIE,            Defendant | CASE NO: 2:16-CR-00155-JCM-CWH |

**STIPULATION AND [_____ ORDER] TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE [ECF No. 269] IN OPPOSITION TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY [ECF No. 253]**

IT IS HEREBY STIPULATED AND AGREED, by and between **NANCY OLSON, ESQ.**, United States Attorney, counsel for the United States of America, and **DAVID Z. CHESNOFF, ESQ., RICHARD A. SCHONFELD, ESQ., and ROBERT Z. DEMARCO, ESQ.**, counsel for Defendant, **JOEL KENNETH AUSBIE**, that Defendant's Reply to Government's Response [ECF No. 269] in Opposition to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [ECF No. 253] shall be due on December 11, 2020.

This stipulation is entered into for the following reasons:

1. This Honorable Court previously ordered [ECF No. 255] that Defendant may file a Reply within 14 days of the government's Response, however, the automatic docket entry for ECF No. 269 states that a Reply is due on November 27, 2020;

2. Due to the intervening Thanksgiving holiday, and the issues raised in the underlying Motion and Response, counsel for Defendant is requesting until December 11, 2020 to file said Reply;

3. AUSA Nancy Olson, Esq., counsel for the United States of America, has no objection to this request.

**DATED** this 20th day of November, 2020.

| | |
|---|---|
| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
| /s/ Nancy Olson | /s/ Richard Schonfeld |
| NANCY OLSON, AUSA | DAVID Z. CHESNOFF, ESQ. |
| 501 Las Vegas Blvd. South | Nevada Bar No. 2292 |
| Las Vegas, Nevada 89101 | RICHARD A. SCHONFELD, ESQ. |
| Attorney for Plaintiff | Nevada Bar No. 6815 |
| | ROBERT Z. DEMARCO, ESQ. |
| | Nevada Bar No. 12359 |
| | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Telephone: (702)384-5563 |
| | Attorneys for Defendant |
| | JOEL KENNETH AUSBIE |

## ORDER

**IT IS THEREFORE ORDERED** that based on the foregoing stipulation of counsel and with good cause appearing, Defendant's Reply to Government's Response [ECF No. 269] in Opposition to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [ECF No. 253] shall be due on December 11, 2020.

**IT IS SO ORDERED.**

DATED December 2, 2020.

_____
**HONORABLE JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted:

/s/ Richard A. Schonfeld
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, JOEL KENNETH AUSBIE