# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                    Plaintiff,

    v.

Joel Kenneth Ausbie

                    Defendant.

JUDGMENT

Case Number: 2:16-cr-00155-JCM-CWH

(Related case:  2:20-cv-01094-JCM )

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.
IT IS FURTHER ORDERED that Defendant is denied a certificate of appealability.

2/16/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk